# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Carole Schrader-Bonde,                                      Civil No. 08-1084 (RHK/AJB)

      Plaintiff,                                                        **ORDER**

vs.

United Recovery Systems, LP,
Shyla C. Sicks, and John Doe,

      Defendants.

---

Pursuant to the parties' Stipulation (Doc. No. 4), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2008

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge